UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH BRUNEAU,<br><br>    Plaintiff,<br>v<br><br>GRAND VALLEY STATE UNIVERSITY,<br><br>    Defendant. | Case No. 1:23-cv-178<br><br>HON. JANE M. BECKERING<br><br>MAGISTRATE JUDGE PHILLIP GREEN |
| Joseph Bruneau, pro se<br>32397 76th Street<br>Covert, Michigan 49043<br>(845) 768-2484 | Edward J. Bardelli (P53849)<br>WARNER NORCROSS + JUDD LLP<br>1500 Warner Building<br>150 Ottawa Ave., NW<br>Grand Rapids, Michigan 49503<br>616.752.2165<br>ebardelli@wnj.com<br>*Attorneys for Defendant* |

**DEFENDANT GRAND VALLEY STATE UNIVERSITY'S MOTION TO DISMISS**

For the reasons stated more fully in the accompanying brief in support, Defendant Grand Valley State University moves to dismiss the complaint (ECF No. 1, PageID.1) pursuant to Fed. R. Civ. P. 12(b)(6) because Plaintiff Joseph Bruneau has failed to state a claim upon which relief can be granted.

Date: March 14, 2023          */s/Edward J. Bardelli*
                                        Edward J. Bardelli (P53849)
                                        WARNER NORCROSS + JUDD LLP
                                        150 Ottawa Avenue, NW, Suite 1500
                                        Grand Rapids, Michigan 49503
                                        (616) 752-2165
                                        ebardelli@wnj.com
                                        *Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

The undersigned states that a copy of Defendant Grand Valley State University's Motion to Dismiss was sent to Plaintiff by mailing it to him in compliance with Federal Rule of Civil Procedure 5(b)(2)(C) and W.D. Mich. LCivR 5.7(i)(iii) at his address listed on his Complaint on March 14, 2023.

/s/Edward J. Bardelli
 Edward J. Bardelli (P53849)
*Attorneys for Defendant*