UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH BRUNEAU,

     Plaintiff,

                                          Case No. 1:23-cv-178

v.

                                          HON. JANE M. BECKERING

GRAND VALLEY STATE UNIVERSITY,

     Defendant.

_____/

**ORDER**

       This is a civil action filed by a *pro se* litigant.  Defendant filed a Motion to Dismiss (ECF No. 5).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 7) on May 23, 2023, recommending that Defendant's motion be granted and this action be terminated.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

       **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 7) is APPROVED and ADOPTED as the Opinion of the Court.

       **IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 5) is GRANTED for the reasons stated in the Report and Recommendation.

       A Judgment will be entered consistent with this Order.

Dated:  June 14, 2023                                      /s/ Jane M. Beckering
                                               JANE M. BECKERING
                                             United States District Judge