UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH BRUNEAU,

    Plaintiff,

v.

GRAND VALLEY STATE UNIVERSITY,

    Defendant.
_____/

Case No. 1:23-cv-178

HON. JANE M. BECKERING

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's ADA and Rehabilitation Act claims are DISMISSED for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are DISMISSED without prejudice.

Dated: June 14, 2023

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge